1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JOYCE MICHELLE DYER,<br><br>               Plaintiff,<br>      v.<br><br>PIERCE COUNTY SUPERIOR COURT JUDGE KITTY VANDOORNICK, SUPERIOR COURT PROSECUTOR, ATTORNEY HALLSTROM, TACOMA POLICE OFFICER ARRESTING AGENCY and ATTORNEY VERA CHER,<br><br>               Defendants. | No. C10-5386 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

  (1)   The Court adopts the Report and Recommendation;

  (2)   This action is **DISMISSED without prejudice** prior to service for failure to state a claim.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 30th day of August, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2