AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYCE MICHELLE DYER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | CASE NUMBER: C10-5386 RBL/KLS |
| PIERCE COUNTY SUPERIOR COURT JUDGE KITTY VANDOORNICK, SUPERIOR COURT PROSECUTOR, ATTORNEY HALLSTROM, TACOMA POLICE OFFICER ARRESTING AGENCY and ATTORNEY VERA CHER, | |
| Defendants. | |

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1) The Court adopts the Report and Recommendation; and
2) This action is **DISMISSED without prejudice** prior to service for failing to state a claim.

DATED :     9/3/10

        BRUCE  RIFKIN
        *Clerk*

        /s  *Mary Trent*
        *(By) Deputy Clerk*, Mary Trent